UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| OSCAR MENDEZ, individually and on behalf of all other persons similarly situated<br><br>                                                    Plaintiffs,<br><br>-against-<br><br>LOUIE'S SEAFOOD RESTAURANT, LLC and/or any other entities affiliated with, controlling, or controlled by LOUIE'S SEAFOOD RESTAURANT LLC, and/or MARTIN PICONE and MICHAEL GUINNANE,<br><br>                                                    Defendants. | Case No.: 12-cv-3202 (AKT)<br><br>**NOTICE BY OPT-IN PLAINTIFF KELLIE SHEA TO WITHDRAW CONSENT FORM** |

**PLEASE TAKE NOTICE** that Opt-in Plaintiff Kellie Shea hereby withdraws her consent to join form in this lawsuit.

Dated: Carle Place, New York
            August 15, 2013

                                                                        LEEDS BROWN LAW, P.C.

                                                                        _____/s/_____
                                                                        Michael A. Tompkins
                                                                        1 Old Country Road, Suite 347
                                                                        Carle Place, NY 11514
                                                                        516.873.9550
                                                                        mtompkins@leedsbrownlaw.com

                                                                        *Attorneys for Plaintiff and Opt-in Plaintiffs*