UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

OSCAR MENDEZ, individually and on behalf of all other
persons similarly situated

Plaintiffs,

-against-

LOUIE'S SEAFOOD RESTAURANT, LLC and/or any
other entities affiliated with, controlling, or controlled by
LOUIE'S SEAFOOD RESTAURANT LLC, and/or
MARTIN PICONE and MICHAEL GUINNANE,

Defendants.

**Case No.: 12-cv-3202 (AKT)**

**NOTICE BY OPT-IN
PLAINTIFF KELLIE
SHEA TO WITHDRAW
CONSENT FORM**

**PLEASE TAKE NOTICE** that, I, Opt-in Plaintiff Kellie Shea, hereby withdraw my

consent to join form in this lawsuit.

Dated: Carle Place, New York
August 19, 2013

Kellie Shea